## GEORGIA LOAN, SAVINGS & BKG. CO. v. BUTLER & WALCOTT.

COBB, J. The only question involved being one of fact, viz. whether or not the claim was filed for delay only, and there being sufficient evidence to warrant the verdict returned by the jury, it will not be disturbed. *Judgment affirmed. All the Justices concurring.*

Argued December 8, 1899.—Decided January 27, 1900.

Levy and claim.    Before Judge Lumpkin.    Fulton superior court.    March term, 1899.

*Dorsey, Brewster & Howell, Arthur Heyman,* and *H. M. Dorsey,* for plaintiff in error.    *Simmons & Corrigan,* contra.